IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>VS.<br><br>AMBER C. COWARD<br>FORT RILEY, KS | CASE NO.   20-mj-90007-GEB-1 |

## INFORMATION

The United States Attorney charges that:

### COUNT I

On or about November 16, 2019 at Fort Riley, Kansas, a federal military installation within the exclusive jurisdiction of the United States, in the District of Kansas, AMBER C. COWARD did forcibly assault, resist, oppose, impede, intimidate, or interfere with a person designated as an officer or employee of the United States or of any agency in any branch of the United States Government (including any member of the Uniformed Services) while such officer or employee is engaged in or on account of the performance of official duties, in violation of Title 18, United States Code, Section 111(a)(1). **(Assaulting, Resisting, or Impeding Certain Officers or Employees)(Class A Misdemeanor)**

### COUNT II

On or about November 16, 2019, at Fort Riley, Kansas, a federal military installation within the exclusive jurisdiction of the United States, in the District of Kansas, AMBER C. COWARD, did knowingly and intentionally interfere with law enforcement by obstructing, resisting, or opposing any person authorized by law to serve process in the service or execution or in the attempt to serve or execute any writ, warrant, process or order of a court, or in the discharge of any official duty in violation of Title 18 United States Code § 13 and K.S.A. 21-5904(a)(3). **(Interference with Law Enforcement) (Class A Misdemeanor)**

### COUNT III

On or about November 16, 2019, at Fort Riley, Kansas, a federal military installation within the exclusive jurisdiction of the United States, in the District of Kansas, AMBER C. COWARD did engage in noisy conduct tending reasonably to arouse alarm, anger, or resentment in others, with knowledge or probable cause to believe that such acts will alarm, anger, or disturb others, in violation of Title 18, United States Code, Section 13, and K.S.A. 21-6203(a)(3). **(Disorderly Conduct) (Class C Misdemeanor)**

STEPHEN R. MCALLISTER
United States Attorney
District of Kansas


*/s/ Robin Graham*

ROBIN A. GRAHAM
Special Assistant U.S. Attorney


The court has reviewed the documentation attached hereto, and finds probable cause for the issuance of a warrant or summons if required.

Filed _____ **Jan 30, 2020** _____

_____
HON. KENNETH G. GALE
U.S. Magistrate Judge